Matthew F. Batezel* (State Bar No. 185147)
mbatezel@plawp.com (*lead counsel)
Schardé C. Vallone (State Bar No. 331328)
svallone@plawp.com
PACIFIC LAW PARTNERS, LLP
15615 Alton Parkway, Suite 240
Irvine, CA  92618
Tel: (949)242-2441
Fax: (949)242-2446

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARTHUR NORCLIFFE, an individual; and PATRICIA SLEPICKA, an individual;<br><br>  Plaintiffs,<br><br>  vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; JAMES MORATTO, an individual; and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No.: 2:24-cv-08995-HDV-JC<br><br>[Los Angeles Superior Court Case No. 24STCV21195]<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING/APPROVING STIPULATION TO MODIFY ENTERED PROTECTIVE ORDER (F.R.Civ.P. 29)**<br><br>**[DOCKET NO. 32]** |

1

Case No. 2:24-cv-08995-HDV-JC

1  The Court has considered Defendant State Farm General Insurance
2  Company's ("State Farm") and Plaintiffs Arthur Norcliffe and Patricia Slepicka's
3  (collectively, "Plaintiffs") Stipulation to Modify Entered Protective Order pursuant
4  to Federal Rules of Civil Procedure, Rule 29 ("Stipulation") (#32).
5  IT IS HEREBY ORDERED:
6  The Stipulation is granted/approved.  The entered protective order (Doc.
7  #31) is modified as stipulated (#32).
8  IT IS SO ORDERED.

Dated:  May 2, 2025

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

Pacific Law Partners, LLP
15615 Alton Parkway, Suite 240
Irvine, CA 92618
(949) 242-2441 - Facsimile (949) 242-2446

2

Case No. 2:24-cv-08995-HDV-JC